ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sky Blue Builders, LLC | ) ASBCA No. 62801 |
| | ) |
| Under Contract No. FA9401-20-F-0015 | ) |

APPEARANCE FOR THE APPELLANT:     Joshua R. Proctor, Esq.
  Proctor Brant, P.C.
  Englewood, CO

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
  Michael J. Farr, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 1, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62801, Appeal of Sky Blue Builders, LLC, rendered in conformance with the Board's Charter.

Dated:  April 1, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals